**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Western Division**

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                          Case No.: 3:25–cr–50005
                                                            Honorable Sunil R. Harjani

Danny L. Spyker

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 17, 2026:

        MINUTE entry before the Honorable Sunil R. Harjani: Status hearing held by telephone. The final pretrial conference set for May 8, 2026, at 1:30 p.m., and the jury trial set for May 11, 20 at 9:00 a.m., shall stand. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.