UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) ) | No.  25 CR 50005 |
| v. | | |
| DANNY L. SPYKER | | Judge Sunil R. Harjani |

## WITNESS LIST

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and defendant DANNY L. SPYKER by his attorney, MARK A. BYRD, respectfully submit the following list of witnesses who may testify at the trial of this case.

Government's witnesses

1. Inmate A (S.G.)
2. Inmate B (A.P.)
3. Kyle Ebersole (FBI)
4. Douglas Wolbeck (DOJ-OIG)
5. Ryan McKanna (Rock Falls Police Department)
6. Thomas Burns (BOP)
7. Debra Payne (BOP)
8. Rickey Brown
9. Christopher Landreneau

Defendant's witnesses

1. Danny L. Spyker
2. Ryan Wade
3. Debra Payne (BOP)
4. Russell Sanchez (BOP)
5. Ryan Wiersma (BOP)
6. Eric Suiter (BOP)
7. Bex Kolins
8. Deborah Golden

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:     */s/ Jonathan S. Kim*
        JONATHAN S. KIM
        ANDREW M. ROSATI
        Assistant United States Attorneys
        327 South Church Street, Suite 3300
        Rockford, Illinois 61101
        (815) 987-4444


DANNY L. SPYKER

By:     */s/ Mark A. Byrd*
        MARK A. BYRD
        308 W. State St. Ste. 450
        Rockford, Illinois 61101
        (815) 964-5492


Dated: April 27, 2026

2