UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Danny L. Spyker | No. 3:25-CR-50005-1<br><br>Hon. Sunil R. Harjani |

### ORDER

Voir dire begun and concluded. Jury trial held and continued to 5/12/2026 at 8:30 a.m.

Counsel shall arrive and be prepared to start by 8:30 a.m. in Courtroom 5100.

Date: May 11, 2026

_____
HON. SUNIL R. HARJANI

Time: 7:15