UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 25 CR 50005 |
| v. | ) | |
| | ) | |
| DANNY L. SPYKER | ) | Honorable Sunil R. Harjani |
| | ) | Judge Presiding |
| Defendant. | ) | |

### DEFENDANT DANNY L. SPYKER'S MOTION FOR DIRECTED VERDICT AT THE CLOSE OF ALL THE EVIDENCE

NOW COMES the Defendant, DANNY L. SPYKER, by and through his attorney, Mark A. Byrd, and respectfully move this Honorable Court for a Directed Verdict of Not Guilty at the close of all the evidence in this case, and as grounds therefore states that construed in the light most favorable to the Government, no rational jury could find the essential elements of guilty with proof beyond a reasonable doubt, in accord with the standard set forth in *Jackson v. Virginia*, 443 U.S. 307 (1979).

Respectfully Submitted,

DANNY L. SPYKER

BY:    /S/    Mark A. Byrd
        Mark A. Byrd
        Attorney for the Defendant

Mark A. Byrd, Attorney at Law
ILARDC # 6206618
308 W. State St. Ste. 450
Rockford, IL 61101
(815) 964-5492 Office
(815) 964-5395 Fax
bayarad@aol.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

DEFENDANT DANNY SPYKER'S MOTION FOR DIRECTED
VERDICT AT THE CLOSE OF ALL THE EVIDENCE

was served pursuant to the district court's ECF system as to ECF filers on May 13, 2026.

/s/ Mark A. Byrd
Mark A. Byrd

Mark A. Byrd, Attorney at Law
ILARDC # 6206618
308 W. State St. Ste. 450
Rockford, IL 61101
(815) 964-5492 Office
(815) 964-5395 Fax
bayarad@aol.com

2