UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>Danny L. Spyker | No. 3:25-CR-50005-1<br><br>Hon. Sunil R. Harjani |

## **ORDER**

Jury trial held. Evidence entered and concluded. Jury deliberations were held and concluded. The jury returns a verdict of not guilty as to counts 1 and 2; guilty as to counts 3 and 4 of the Indictment. Judgment of guilty as to counts 3 and 4 is entered on the verdict. Jury trial concluded.

Cause is referred to the U.S. Probation Office for the preparation of the pre-sentence investigation report. Governments and the defendant's version of the offense are due pursuant to the schedule in LCR 32.1. The presentation report (PSR) is due by 8/10/2026. The government's sentencing memorandum is due by 8/31/2026. Defendant's response brief is due by 9/8/2026. Sentencing set for 9/14/2027 at 10:00 a.m. in Courtroom 5100. Recommendations made by the Probation Office shall be disclosed to both the government and the defendant.  Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5).

Government's motion for detention pending sentencing shall be due by 5/20/2026. Defendant's response brief shall be due by 5/28/2026. Government's reply shall be due by 6/4/2026.  The Court will issue a written ruling via CM/ECF.

Date: May 13, 2026

_____
HON. SUNIL R. HARJANI